IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LATOYA FLOYD, as Administrator
of the Estate of Vanessa
Hakeem and Hiawatha Hakeem,
Deceased,

   Plaintiff,

    v.

BRIAN D. ADAMS, individually,
et al.,

   Defendants.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CV 623-028

**A M E N D E D**
**O R D E R**

Before the Court is the Parties' stipulation of dismissal with prejudice as to Defendants John Dick, Shemaury Mikell, Johnny Roberts, Jadarrien Robinson, and Alicia Rubin under Federal Rule of Civil Procedure 41(a). (Doc. 115.).

"Rule 41(a) allows a district court to dismiss all claims against *a particular defendant*." City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted). The pending motion has been signed by all Parties that have been served in this action; therefore, the Court finds dismissal of Defendants John Dick, Shemaury Mikell, Johnny Roberts, Jadarrien Robinson, and Alicia Rubin appropriate. The Parties represent Defendant Maurice Griffin is deceased and that Plaintiff "does not plan to serve Defendant Griffin or any

representative on his behalf." (Doc. 115, at 1 n.1.) Thus, the Court dismisses Defendant Griffin.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendants John Dick, Shemaury Mikell, Johnny Roberts, Jadarrien Robinson, Alicia Rubin, and Maurice Griffin. The Clerk is **DIRECTED** to **TERMINATE** Defendants John Dick, Shemaury Mikell, Johnny Roberts, Jadarrien Robinson, Alicia Rubin, and Maurice Griffin as parties to this action and any motions pertaining to them. This action shall remain pending in all respects as to Defendant Brian Adams. The Clerk shall **VACATE** the Court's Order incorrectly dismissing Defendant Adams. (Doc. 116.) Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___13th___ day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2