IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LATOYA FLOYD, as | ) | |
| Administrator of the Estate of Vanessa | ) | |
| Hakeem and Hiawatha Hakeem, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 623-028 |
| | ) | |
| BRIAN D. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER**

_____

During the teleconference on Friday, May 15, 2026, defense counsel advised of his need to withdraw from the case due to a recently discovered conflict of interest. Accordingly, the Court **GRANTS** the parties' oral consent motion and **STAYS** the case, including all motions and discovery related deadlines, through and including Friday, June 26, 2026. Defendant shall file a motion for substitution of counsel by Friday, May 29, 2026. The Court will conduct a status conference on June 26, 2026, at 10:00 a.m. Parties should dial 855-244-8681 and enter code 2318 763 6923 to access the teleconference.

SO ORDERED this 18th day of May, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA