**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

LATOYA FLOYD, as Administrator of the
Estate of Vanessa Hakeem and Hiwatha
Hakeem, Deceased,

      Plaintiff,

    v.

BRIAN D. ADAMS,

      Defendant.

CIVIL ACTION NO.: 6:23-cv-028

## O R D E R

The above-captioned case filed in the Statesboro Division of this Court is currently assigned to the undersigned. The undersigned **RECUSES** from the case and **DIRECTS** the Clerk of Court to randomly assign the case to another magistrate judge within the Southern District of Georgia.

**SO ORDERED** this 14th day of July, 2026.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA