**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| LATOYA FLOYD, as Administrator of the Estate of Vanessa Hakeem and Hiwatha Hakeem, Deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV623-028 |
| BRIAN D. ADAMS, | ) | |
| Defendant. | ) | |

**ORDER**

Defendant Brian Adams has filed an Emergency Motion to Quash his Deposition pending the outcome of criminal proceedings against him in the Superior Court of Tattnall County scheduled for January 25, 2027. *See generally* doc. 145.[1] In the alternative, he asks that his defense counsel from his criminal proceedings be permitted to participate in his deposition. *Id.* at 4. The deposition is currently noticed for October 7, 2027. *Id.* at 3-4. Given the upcoming deposition, to ensure prompt resolution of this issue, Plaintiff is **DIRECTED** to file her response to

[1] The Court previously excused Defendant from complying with the Standard Procedures for Discovery Disputes related to this dispute. Doc. 141 at 2.

Defendant's Motion no later than Friday, October 2, 2026. *See* S.D. Ga. L. Civ. Rs. 7.5, 7.7.

**SO ORDERED**, this 30th day of September, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA